IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ANTHONY WILSON a/k/a ANTHONY BRUZELLAS WILLIAMS AIS# 188642A, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 4:09-CV-1512-WMA-PWG |
| OFFICER BROYLES, et al., | ) ) | |
| Defendants. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 18, 2009, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed because the plaintiff had filed three or more actions or appeal in a court of the United States that had been dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief could be granted. The magistrate judge reviewed the allegations of plaintiff's complaint carefully and was satisfied that the plaintiff had not alleged any facts to show that he is "under imminent danger of serious physical injury." 28 U.S.C.A. § 1915(g). The plaintiff was informed that he could pay the filing fee of $350.00 or the case would be dismissed. No response has been received from the plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the response thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Because the plaintiff failed to pay the filing fee of $350.00 at the time he filed this complaint and he has not alleged facts to show that he is under imminent danger of serious physical

injury, this action is due to be DISMISSED WITHOUT PREJUDICE.  A Final Judgment will be entered.

    DATED this 10th day of September, 2009.

```
_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE
```